PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Manuel Jesus Blanquet      Cr.: 12-00773-001
     PACTS #: 62318

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                             CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/21/2014

Original Offense: 21:846; Conspiracy to Distribute and Possess (cocaine)

Original Sentence: 55 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release                        Date Supervision Commenced:

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states: **'ALCOHOL/DRUG TESTING AND TREATMENT; You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'** |
| | On June 1, June 25, July 7, and July 18, 2017 the offender provided urine specimens that contained marijuana. Documentation supportive of the above allegation is enclosed. |

U.S. Probation Officer Action:
Blanquet was verbally reprimanded for his violation. Additionally, Mr. Blanquet agreed to attend thirty Narcotics Anonymous meetings between September 20, 2017 and December 1, 2017.

Manuel Jesus Blanquet

Respectfully submitted,

*Julie Chowdhury*
By: Julie Chowdhury

Date: 03/01/2017

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/18/17
Date