# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Manuel Jesus Blanquet            Cr.: 12-00773-001
                                                                                        PACTS #: 62318

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                                                 CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/21/2014

Original Offense:    Count One: Conspiracy to Distribute Narcotics, 21 U.S.C. § 846

Original Sentence: 55 months imprisonment, 60 months supervised release

Special Conditions: Substance Abuse Testing and Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/04/15

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 16, 2019, Mr. Blanquet submitted a positive amphetamine test. The national lab confirmed the results. Mr. Blanquet is uncooperative with the Probation Office and the non-compliance has yet to be addressed. |

U.S. Probation Officer Action:

Due to the offender's continued residence in San Bernardino, California, the United States Probation Office in the Central District of California is requesting a transfer of jurisdiction. The Probation Office is recommending no court action at this time but upon obtaining jurisdiction will address Blanquet's continued non-compliance and may initiate violation of supervised release proceedings if deemed necessary.

                                                             Respectfully submitted,

                                                        By:   Elisa Martinez,
                                                             Supervising U.S. Probation Officer
                                                        Date:  07/21/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

August 26, 2019
Date